# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MOISES CARRILLO GOMEZ,**<br>**Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **J.L. JAMISON, DAVID VENTURELLA, ACTING ATTORNEY GEN. TODD BLANCHE, ICE PHILADELPHIA FOD BRIAN MCSHANE, SECRETARY MARKWAYNE MULLIN, THE U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>**Respondents.** | **NO.  26-3879** |

## O R D E R

**AND NOW**, this 12th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) and the opposition thereto (ECF No. 6 (the "Opposition")), it is hereby **ORDERED**  that Petitioner will file a reply to the Opposition on or before **June 19, 2026**.

BY THE COURT:

/s/ Kelley B. Hodge

_____

HODGE, KELLEY B., J.