**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MOISES CARRILLO GOMEZ,**<br>**Petitioner,**<br><br>v.<br><br>**J.L. JAMISON, DAVID VENTURELLA, ACTING ATTORNEY GEN. TODD BLANCHE, ICE PHILADELPHIA FOD BRIAN MCSHANE, SECRETARY MARKWAYNE MULLIN, THE U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-3879** |

## O R D E R

**AND NOW**, this 16th day of June, 2026, upon consideration of Petitioner's Motion to Withdraw Temporary Restraining Order (ECF No. 8-1) and Motion for Extension to File Reply (ECF No. 9-1), both of which are unopposed, it is hereby **ORDERED** as follows:

1. Petitioner's Motion to Withdraw Temporary Restraining Order is **GRANTED**. The Court's Order (ECF No. 2) is **VACATED**.

2. Petitioner's Request for an Extension of Time is **GRANTED**. Petitioner shall file a reply to the Opposition on or before **June 24, 2026**.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

_____

**HODGE, KELLEY B., J.**