IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOISES CARRILLO GOMEZ,<br>          Petitioner,<br><br>          v.<br><br>J.L. JAMISON, DAVID VENTURELLA,<br>ACTING ATTORNEY GEN. TODD<br>BLANCHE, ICE PHILADELPHIA FOD<br>BRIAN MCSHANE, SECRETARY<br>MARKWAYNE MULLIN, THE U.S.<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br>          Respondents. | CIVIL ACTION<br><br><br><br>NO.  26-3879 |

## O R D E R

**AND NOW**, this 6th day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), the opposition thereto (ECF No. 6 (the "Opposition")), and Petitioner's reply to the opposition (ECF No. 11-1), it is hereby **ORDERED** that the Petition is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Kelley B. Hodge

_____

HODGE, KELLEY B., J.